IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LONNIE LYNN MILLER                                                                            PLAINTIFF

V.                                      CASE NO. 08-CV-1013

SHERIFF KEN JONES, Union County,
Arkansas; and JOHN DOE OFFICERS of the
Union County Criminal Justice Facility                                                  DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed May 19, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6). Judge Bryant recommends that this case be dismissed based on Plaintiff's failure to obey the orders of the Court and his failure to prosecute this case. *See* Fed. R. Civ. P. 41(b). The Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED**.

**IT IS SO ORDERED**, this 9th day of May, 2008.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge